IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DENNIS MARIC,

        Plaintiff,

v.                                                                           CIV 15-0674 KBM/LAM

QUAY COUNTY, et al.,

        Defendants.

## **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

**THIS MATTER** is before the Court on the pro se Plaintiff's failure to respond to the Order to Show Cause entered February 22, 2016. In that Order, I advised that Federal Rule of Civil Procedure 4(m) provides in part:

> If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

Plaintiff filed this action on August 3, 2015 (*Doc. 1*). The record still reflects that none of the Defendants have been served, nor has Plaintiff shown good cause for the failure to serve. *See* Fed. R. Civ. P. 4(m). I further cautioned Plaintiff that I am contemplating dismissing this action without prejudice for failure to prosecute and would dismiss this action Plaintiffs failed to respond to that Order by March 4, 2016. *See AdvantEdge Bus. Group v. Thomas E. Mestmaker & Associates, Inc.*, 552 F.3d 1233, 1236 (10th Cir. 2009). Nothing in the record indicates that Plaintiff failed to receive a copy of that Order. Thus, it appears that Plaintiff, who has consented to me presiding in this action and entering final judgment, *see Doc. 4,* manifests a lack of interest in litigating this matter.

        Wherefore,

**IT IS HEREBY ORDERED** that this action is **dismissed without prejudice.**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE
Presiding by Consent of Plaintiff